UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ERIC MCPHAIL, )<br>)<br>Defendant. )<br>) | Criminal Action No. 14-10201-DJC |

## VERDICT

*WE, THE JURY, FIND THE DEFENDANT:*

**COUNT ONE:**   (CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES)

_____ NOT GUILTY          ___✓___ GUILTY

**COUNT TWO:**   (SECURITIES FRAUD)

_____ NOT GUILTY          ___✓___ GUILTY

6·16·15
DATE

_[signature: Geraldine Craig]_
FOREPERSON'S SIGNATURE